Judge James L. Robart

1

2

3

4

5

6

7          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
8                    AT SEATTLE

9   UNITED STATES OF AMERICA,          )      No. CR05-303JLR
                                       )
10                     Plaintiff,      )      ORDER CONTINUING
                                       )      TRIAL AND MOTIONS
11          v.                         )      DEADLINE
                                       )
12   ELIZABETH NAIKER,                 )
                                       )
13                     Defendant.      )
    _____)
14

15          The Court, having reviewed Defendant's Motion for Continuance of Pretrial

16   Motions Deadline and Trial Date, and the Government's response to said motion,

17   hereby finds that, pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and

18   (B)(iv), the ends of justice served by granting the requested continuance outweigh the

19   best interest of the public and defendant in a speedy trial, for the reasons outlined in

20   defendant's motion.  Specifically, it appears to the Court that the failure to grant a trial

21   continuance would effectively deny defense counsel the reasonable time necessary for

22   effective preparation, taking into account the exercise of due diligence.

23          IT IS THEREFORE ORDERED that the trial date of October 18, 2005 is

24   continued to December 13, 2005, and the motions deadline is extended to

25   November 8, 2005, subject to defendant filing a Waiver of Speedy Trial.

26          IT IS FURTHER ORDERED that the period of delay from October 18, 2005,

27   until December 13, 2005, is excludable time pursuant to Title 18, United States Code,

28

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  Section 3161(h)(8)(A), for the purpose of computing the time limitations imposed by

2  the Speedy Trial Act, Title 18 United States Code, Sections 3161 through 3174.

3       DATED this 8th day of September, 2005.

4

5

6  JAMES L. ROBART
   United States District Judge

7

8  Presented by:

9  s/ _Jill Otake_

10 JILL OTAKE
   Assistant United States Attorney

11 WA Bar #28298
   United States Attorney's Office

12 700 Stewart Street, Suite 5220
   Seattle, WA 98101-1271

13 Telephone:   (206) 553-4254
   Fax:             (206) 553-0755

14 E-mail:  Jill.Otake@usdoj.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28